| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com<br>Bar Number: 297798<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br><br>**Majed Fakhoury**<br><br><br><br>Debtor(s) | CASE NO.: 6:25-bk-15967-SY<br>CHAPTER: 13<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.

Are one or more creditors being added?    ☑ Yes    ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B    ☐ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G
☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers    ☐ Statement of Intention    ☑ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date:    **09/08/2025**

*/s/ Majed Fakhoury*
Majed Fakhoury
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 1    F 1007-1.1.AMENDED.SUMMARY

# SUPPLEMENTAL MAILING LIST

ACAR LEASING LTD
DBA GM FINANCIAL LEASING
PO BOX 183853
ARLINGTON, TX 76096-3853

ACAR LEASING LTD
GM FINANCIAL LEASING
PO BOX 183853
ARLINGTON, TX 76096-3853

AMERICAN EXPRESS
NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

CITADEL SERVICING
25541 COMMERCENTRE DR STE 250
LAKE FOREST, CA 92630-4555

CITIBANK N.A.
5800 S CORPORATE PL
SIOUX FALLS, SD 57108-5027

LARA FAKHOURY
1243 JACARANDA PL
UPLAND, CA 91784-7410

FRANCHISE TAX BOARD
PERSONAL BANKRUPTCY MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA, PA 19101-7346

LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587


PORTFOLIO RECOVERY
ASSOCIATES, LLC
PO BOX 41067
NORFOLK, VA 23541


SALLIE MAE
PO BOX 3319
WILMINGTON, DE 19804


WILMINGTON TRUST,
NATIONAL ASSOCIATION
C/O SERVICEMAC, LLC
9726 OLD BAILES ROAD SUITE #200
FORT MILL, SC 30096