| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Majed Fakhoury<br>1243 Jacaranda Place<br>Upland, CA 91784<br>(909) 279-6544<br>majedfakhoury@icloud.com<br><br>☒ Debtor appearing without attorney<br>☐ Attorney for Debtor | **FILED**<br>OCT 0 1 2025<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>MAJED FAKHOURY<br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-15967-SY<br>CHAPTER: 13<br><br>**DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. § 1307(a), LBR 1017-1, LBR 3015-1(q)(2)]**<br><br>[No hearing or order required] |

PLEASE TAKE NOTICE THAT DEBTOR CONVERTS THIS CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 ON THE FOLLOWING GROUNDS:

1. A voluntary petition under chapter 13 was filed on (*insert date*): 08/25/2025

2. Name of chapter 13 trustee: Rod Danielson

3. The additional filing fee is being paid concurrently with the filing of this notice.

4. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.


Date: 10/01/2025

Respectfully submitted,

_/s/ Majed Fakhoury_
Signature of Debtor or attorney for Debtor

Majed Fakhoury
Printed name of Debtor or attorney for Debtor

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                   Page 1                        F 3015-1.21.NOTICE.CONVERT.CH13

# 61003179