

ORDER No. _____

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRANSCRIPT ORDER FORM

CHAPTER 7.00

APPEAL?   ☒ Yes ☐ No
APPEAL No. CC-25-1223
(if known)

(File this form on the related case docket)

Ordering Party's Name: **Stephen R. Wade**    Attorney Bar# **79219**
Law Firm: **The Law Offices of Stephen R. Wade**
Mailing Address: **5030 E. Pacific Coast Hwy. Ste. 206 A**

Person to Contact (If Judge-ordered: Transcriber to contact Procurement**): **Stephen R. Wade**
Telephone: (**909**) **575-7597**    E-mail: **srw@srwadelaw.com**
Bankruptcy Case #: **6:25-bk-15967**    Adversary Proceeding #/MP #: _____
Date of Hearing (complete a SEPARATE form for EACH hearing date): **11/5/2025**    Time: **9:30 am**
Debtor: **Majed fakhoury**
Adversary Proceeding Name: _____ vs. _____
Hearing Judge: **S. Yun**    Courtroom #: **RS 303**
TRANSCRIBER: **Ben Hyatt**    ALTERNATE: **Briggs Reporting**
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM.** For *341(a) Recording Request Procedures click here*, visit the U.S. Trustee website

| Transcript Type: | NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form. |
|---|---|
| | **Copy of Existing Transcript:** Contact the transcriber directly for a copy. |
| ☐ 30 Days (Ordinary)<br>☐ 14 Days<br>☐ 7 Days | ☒ 3 Days    ☒ Entire Hearing<br>☐ Next Day (24 hours)  ☐ Ruling/Opinion of Judge only<br>☐ Testimony of Witness _____<br>☐ Other*    (name of witness) |

*Special Instructions: _____
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions, Transcript Costs/Forms of Payment.*

### TO BE COMPLETED BY THE COURT
☐ **Judge Ordered Transcript**: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____ Date Sent to Transcriber: _____ By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:___)Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____ Division: _____ Processed by: _____

### **TRANSCRIBER INSTRUCTIONS
**Judge-ordered transcripts:** email price quote & invoice to procurement@cacb.uscourts.gov. Provide quote *prior* to transcribing.
*Rev. October 2023. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*