LAW OFFICES OF STEPHEN R. WADE
Stephen R. Wade CBN 79219
5030 E. 2nd St. Ste. 260 A
Long Beach, CA 90803
PHONE (909) 575-7597
Email srw@srwadelaw.com

Attorneys for: Interested Party
Lara Fakhoury

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

In re:

MAJED FAKHOURY

           DEBTOR.

CASE NO. 6:25-bk-15967 SY

BAP CASE NO. CC 25-1223

CHAPTER 7

**APPELLANT'S STATEMENT OF ISSUES ON APPEAL**

**NO HEARING REQUIRED**

Lara Fakhoury, Appellant herein, (hereinafter "Appellant"), submits the following Statement of Issues on Appeal:

A. Whether it was reversible error for the Bankruptcy of determine that the bankruptcy case of the Debtor, Majed Fakhoury, was filed in bad faith pursuant to 11 U.S.C. 362(d)(4)?

B. Whether it was reversible error for the Bankruptcy Court to find that the automatic stay should be annulled?

---

1
APPELANT'S STATEMENT OF ISSUES ON APPEAL

C. Whether the Movant, Wilmington Trust National Association, not in its individual capacity but solely as Trustee, had standing to bring the Motion for Relief/Annulment of the automatic Stay?

D. Did the Bankruptcy Court deny Appellant due process by determining the ruling in this matter prior to receipt of the evidence in the case?

Dated December 7, 2025                The Law Offices of Stephen R. Wade

                                      By: _____
                                          Stephen R. Wade

1. Q. Response to motion for order to terminate, annul, modify or condition the automatic stay; declaration of Benjamin Heston in Support. Dkt. #45

2. R. Response to motion for order to terminate, annul, modify or condition the automatic stay; declaration of Stephen R. Wade with Exhibits in Support. Dkt. #46

3. S. Declaration of Stephen R. Wade in Opposition to motion for relief From the automatic stay. Dkt. #48

4. T. Declaration of Benjamin Heston in Opposition to motion for relief from the automatic stay. Dkt. #49.

5. U. Document, Hearing Held-Granted for relief from the automatic stay. Dkt #52

6. V. Order Granting Motion for relief from the automatic stay. Dkt #53

7. W. Notice of Entry of Order Granting motion for relief from automatic stay. Dkt. 56

8. X. Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel Dkt. #57

9. Y. Notice of Transcript Request. Dkt. #59

10. Z. Transcript Order Form. Dkt. #60

11. AA. Designation of Record on Appeal and Statement of Issues on Appeal. Dkt. #61

12. BB. Transcript of Hearing 1/05/2025

APPELLANT'S DESIGNATION OF RECORD AND ISSUES ON APPEAL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
5030 E. 2nd Street Suite 206 A; Long Beach, CA 90803

A true and correct copy of the foregoing document entitled (specify): Designation of Record and Statement of Issues on Appeal

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 12/08/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/08/2025 | Stephen R. Wade | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

**Attachment to Proof of Service**

**Designation of Record and Issues on Appeal**

Charles W Daff (TR)
charleswdaff@gmail.com, c122@ecfcbis.com

Benjamin Heston on behalf of Debtor Majed Fakhoury
bhestonecf@gmail.com,
benheston@recap.email,NexusBankruptcy@jubileebk.net

Benjamin Heston on behalf of Plaintiff Majed Fakhoury
bhestonecf@gmail.com,
benheston@recap.email,NexusBankruptcy@jubileebk.net

Tinho Mang on behalf of Trustee Charles W Daff (TR)
tmang@marshackhays.com,
tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

Edward A Treder on behalf of Creditor ServiceMac LLC
cdcaecf@bdfgroup.com

United States Trustee (RS)
ustpregion16.rs.ecf@usdoj.gov

Darlene C Vigil on behalf of Creditor Wilmington Trust, National Association, not in its individual capacity but solely as Trustee of MFRA Trust 2015-2
cdcaecf@bdfgroup.com