FILED

DEC 4 2025

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re: <br><br> MAJED FAKHOURY, <br>         Debtor. <br><br>――――――――――――――― <br><br> LISA FAKHOURY, <br>         Appellant, <br><br> v. <br><br> WILMINGTON TRUST, NATIONAL ASSOCIATION, not in its individual capacity but solely as Trustee; MAJED FAKHOURY; CHARLES W. DAFF, Chapter 7 trustee; UST- UNITED STATES TRUSTEE, RIVERSIDE, <br>         Appellees. | BAP No. CC-25-1223 <br><br> Bk. No. 6:25-bk-15967-SY <br><br> Adv. No. <br><br><br> **CLERK'S ORDER** <br> **(Response Required)** |

      This is a November 24, 2025, notice of appeal from a November 13, 2025, order annulling the automatic stay with respect to real property and including relief under 11 US.C. 362 § (d)(4). Bankruptcy Court Docket at 53 (Order Granting Relief From Automatic Stay) and 57 (Notice of Appeal).

      A jurisdictional issue must be addressed at this time.

      The notice of appeal indicates that the appellant is Lisa Fakoury (Notice of Appeal at 1), but the docket entry for the notice of appeal indicates that the appellant is, "Non-Filing Spouse Lara Fakhoury."

The bankruptcy court docket indicates that Lara Fakhoury filed an objection to the motion that led to the order on appeal. Bankruptcy Court Docket at 46 (Response to Motion filed by Non-Filing Spouse Lara Fakhoury). However, there is no indication that Lisa Fakhoury participated at the bankruptcy court.

Both Lara Fakhoury and Lisa Fakhoury are represented by Steven R. Wade.

No later than **Thursday, December 18, 2025**, Attorney Wade must file a response indicating why Lisa Fakhoury has standing to appeal. Alternatively, Attorney Wade must file a legally-sufficient response indicating what party or parties should be listed as appellants in this appeal.

**Failure to comply with the requirements of this order may result in dismissal of this appeal.**

FOR THE PANEL,

*Susan M. Spraul*

Susan M. Spraul, Clerk of Court

2