DARLENE C. VIGIL
State Bar No. 223442
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3990 E. Concours Street, Suite 350
Ontario, CA 91764
(626) 371-7000 – Phone
(972) 661-7726 – Fax
File No. 10596260
cdcaecf@BDFGroup.com

Attorneys for Appellee
WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2015-2

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

| | |
|---|---|
| In re: | CASE NO.: 6:25-bk-15967-SY |
| MAJED FAKHOURY, | CHAPTER: 7 |
| Debtor. | APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL |

Appellee Wilmington Trust, National Association, Not in its Individual Capacity, but Solely as Trustee of MFRA Trust 2015-2 ("Wilmington") hereby makes the following designation of additional items to be included in the record on appeal which are in addition to the designation of record on appeal filed by Appellant Lara Fakhoury:

1. Substitution of Attorney filed by Debtor Majed Fakhoury on September 8, 2025 as Docket No. 17.

2. Substitution of Attorney filed by Debtor Majed Fakhoury on October 1, 2025 as Docket

1
APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

1    No. 32.

2      3.    Wilmington's Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 with supporting declarations and Request for Judicial Notice filed on October 14, 2025 as Docket No. 42.

      4.    Court's Tentative Ruling posted for November 5, 2025 hearing on Wilmington's Motion for Relief from the Automatic Stay.

      5.    Notice of lodgment of Order Granting Wilmington's Motion for Relief from the Automatic Stay filed on November 5, 2025 as Docket No. 50.

      6.    Pacer Case Docket for United States Bankruptcy Court, Central District of California, Riverside Division, Case No. 6:19-bk-10026-SY,

| | | |
|---|---|---|
| | | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP |
| Dated: December 22, 2025 | By: | /s/ Darlene C. Vigil_____ |
| | | DARLENE C. VIGIL |
| | | Attorneys for Appellee |
| | | WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA TRUST 2015-2 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3990 E. Concours Street, Suite 350, Ontario, CA 91764

A true and correct copy of the foregoing document entitled (*specify*): Appellee's Designation of Additional Items to be Included in the Record on Appeal will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 22, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

U.S Trustee/(RS): ustpregion16.rs.ecf@usdoj.gov
Debtor's Attorney: Benjamin Heston: bhestonecf@gmail.com, benheston@recap.email, NexusBankruptcy@jubileebk.net
Chapter 7 Trustee Charles W. Daff: charleswdaff@gmail.com, c122@ecfcbis.com
Attorney for Appellant: Stephen R. Wade; srw@srwadelaw.com, reception@srwadelaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 22, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Majed Fakhoury, 1243 Jacaranda Pl., Upland, CA 91784-7410

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __ __, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/22/2025 | Darlene Vigil | /s/ Darlene Vigil |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**