UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

**FILED JAN 15 2026 BANKRUPTCY COURT DISTRICT OF CALIFORNIA Deputy Clerk**

| In re:<br><br>Majed Fakhoury<br><br>Debtor(s) | BAP/USDC NO.: CC-25-1223<br>CASE NO.: 6:25-bk-15967-SY<br>ADVERSARY NO.:<br>APPEAL DOCKET ENTRY NO.: 57 |
|---|---|
| vs.<br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | **CERTIFICATE OF READINESS AND COMPLETION OF RECORD ON APPEAL** |

To the Clerk of the:
- [X] Bankruptcy Appellate Panel of the Ninth Circuit
- [ ] U.S. District Court
- [ ] U.S. Court of Appeals for the Ninth Circuit

Attorney of Record for Appellant:
Law Office of Stephen R. Wade, 5030 E. 2nd Street, Suite 206A, Long Beach CA 90804

Attorney of Record for Appellee:
Benjamin Heston, Nexus Bankruptcy, 3090 Bristol Street #400, Costa Mesa CA 92626

The undersigned deputy clerk of the United States Bankruptcy Court certifies that the record on appeal is complete and is available electronically on the case docket.

The transcript status is as follows:
- [X] All transcripts requested by either the Appellant, Appellee, or both, have been filed with this court.
- [ ] No transcripts were requested by either the Appellant or Appellee.
- [ ] Statement of Evidence in Lieu of Transcript

I certify that a copy of this certificate was served on the parties listed in the Appeal.

Kathleen J. Campbell
Clerk of Court

Date: 01/15/2026     By: _____
                          Deputy Clerk  Susan Hawkinson

## CERTIFICATE OF READINESS SERVICE LIST

1. **SERVED BY THE BANKRUPTCY COURT BY NOTICE OF ELECTRONIC FILING (NEF):**

    - [x] Bankruptcy Appellate Panel of the Ninth Circuit at bapca09filings@ca9.uscourts.gov
    - [ ] United States District Court at bkappeal_cacd@cacd.uscourts.gov

    Office of the U.S. Trustee

    - [ ] Los Angeles Division at ustpregion16.la.ecf@usdoj.gov
    - [x] Riverside Division at ustpregion16.rs.ecf@usdoj.gov
    - [ ] Santa Ana Division at ustpregion16.sa.ecf@usdoj.gov
    - [ ] San Fernando Valley Division at ustpregion16.wh.ecf@usdoj.gov
    - [ ] Northern Division at ustpregion16.nd.ecf@usdoj.gov

    Other Parties Served by NEF:

    Stephen R. Wade - srw@srwadelaw.com
    Benjamin Heston - bhestonecf@gmail.com
    Darlene Vigil - cdcaecf@bdfgroup.com
    Tinho Mang - tmang@marshackhays.com

2. **SERVED BY THE BANKRUPTCY COURT BY UNITED STATES MAIL:**