United States Bankruptcy Court

Central District of California

In re:

Majed Fakhoury
    Debtor

Case No. 25-15967-SY

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6

Date Rcvd: Mar 23, 2026

User: admin

Form ID: 318a

Page 1 of 3

Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Majed Fakhoury, 1243 Jacaranda Pl, Upland, CA 91784-7410 |
| cr | + | ServiceMac LLC, 3990 E. CONCOURS STREET SUITE 350, ONTARIO, CA 91764-7971 |
| 42635805 | | Citadel Servicing Corporation, PO Box 10081, Duluth GA 30096-9377 |
| 42660246 | | LARA FAKHOURY, 1243 JACARANDA PL, UPLAND, CA 91784-7410 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | Mar 24 2026 06:00:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Mar 24 2026 06:00:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42660242 | EDI: PHINAMERI.COM | Mar 24 2026 06:00:00 | ACAR LEASING LTD, GM FINANCIAL LEASING, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 42660241 | EDI: PHINAMERI.COM | Mar 24 2026 06:00:00 | ACAR LEASING LTD, DBA GM FINANCIAL LEASING, PO BOX 183853, ARLINGTON, TX 76096-3853 |
| 42660243 | Email/PDF: bncnotices@becket-lee.com | Mar 24 2026 02:37:29 | AMERICAN EXPRESS, NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 42660245 | EDI: CITICORP | Mar 24 2026 06:00:00 | CITIBANK N.A., 5800 S CORPORATE PL, SIOUX FALLS, SD 57108-5027 |
| 42653514 | EDI: CALTAX.COM | Mar 24 2026 06:00:00 | FRANCHISE TAX BOARD, BANKRUPTCY SECTION MS A340, PO BOX 2952, SACRAMENTO CA 95812-2952 |
| 42660247 | EDI: IRS.COM | Mar 24 2026 06:00:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 42688686 | EDI: JEFFERSONCAP.COM | Mar 24 2026 06:00:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 42660248 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2026 02:37:16 | LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 42660249 | EDI: PRA.COM | Mar 24 2026 06:00:00 | PORTFOLIO RECOVERY, ASSOCIATES, LLC, PO BOX 41067, NORFOLK, VA 23541 |

| District/off: 0973-6 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2026 | Form ID: 318a | Total Noticed: 17 |

| 42660250 | + EDI: SALLIEMAEBANK.COM | | |
|---|---|---|---|
| | | Mar 24 2026 06:00:00 | SALLIE MAE, PO BOX 3319, WILMINGTON, DE 19804-4319 |
| 42660240 | ^ MEBN | | |
| | | Mar 24 2026 02:28:27 | WILMINGTON TRUST,, NATIONAL ASSOCIATION, C/O SERVICEMAC, LLC, 9726 OLD BAILES ROAD SUITE #200, FORT MILL, SC 29707-7882 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wilmington Trust, National Association, not in its |
| NFSpouse | *+ | Lara Fakhoury, 1243 Jacaranda PL, Upland, CA 91784-7410 |
| 42660244 | ## | CITADEL SERVICING, 25541 COMMERCENTRE DR STE 250, LAKE FOREST, CA 92630-4555 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | |
| | on behalf of Debtor Majed Fakhoury bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Benjamin Heston | |
| | on behalf of Plaintiff Majed Fakhoury bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Charles W Daff (TR) | |
| | charleswdaff@gmail.com c122@ecfcbis.com |
| Darlene C Vigil | |
| | on behalf of Defendant Wilimington Trust  National Association, not in its individual capacity but solely as trustee of MFRA Trust 2015-2 cdcaecf@bdfgroup.com |
| Darlene C Vigil | |
| | on behalf of Defendant Barrett Daffin Frappier Treder & Weiss LLP cdcaecf@bdfgroup.com |
| Darlene C Vigil | |
| | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as Trustee of MFRA Trust 2015-2 cdcaecf@bdfgroup.com |
| Edward A Treder | |
| | on behalf of Creditor ServiceMac LLC cdcaecf@bdfgroup.com |
| Stephen R Wade | |
| | on behalf of Non-Filing Spouse Lara Fakhoury srw@srwadelaw.com reception@srwadelaw.com |
| Tinho Mang | |
| | on behalf of Trustee Charles W Daff (TR) tmang@marshackhays.com |

District/off: 0973-6                  User: admin                                    Page 3 of 3
Date Rcvd: Mar 23, 2026              Form ID: 318a                          Total Noticed: 17

tmang@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com

United States Trustee (RS)

ustpregion16.rs.ecf@usdoj.gov

TOTAL: 10

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Majed Fakhoury | Social Security number or ITIN   xxx–xx–0025 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 6:25–bk–15967–SY | |

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Majed Fakhoury

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 3/23/26

**Dated:** 3/23/26

**By the court:**   Scott H. Yun
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

77/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**